**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RANDALL ROLLE,

      Petitioner,

vs.                                                                4:06-CV-293-SPM

JAMES McDONOUGH,

      Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

      **THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 46).  The parties have been furnished a copy of the report and recommendation and they have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  To date, no objections have been filed.

      Having considered the Report and Recommendation, this Court finds that the report and recommendation should be adopted.  Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

      1.    The magistrate judge's Report and Recommendation (doc. 46) is ADOPTED and incorporated by reference in this order.

      2.    Respondent's Amended Motion to Dismiss to dismiss (doc. 38) shall be *denied in part and granted in part.*

3.   Respondent's Amended Motion to Dismiss to dismiss Petitioner's challenges as to ground three of the first petition (doc. 1), ground six of the second petition (doc. 11) and ground seven of the second petition (doc. 11) is hereby *granted*.

3.   Respondent's Amended Motion to Dismiss as to the ground of timeliness of the first petition (doc. 1) is hereby *denied*.

4.   Respondent shall file a response to the issue of the timeliness of the first petition (doc. 1) no later than **Thursday, April 13, 2008.**

**DONE AND ORDERED** this <u>thirteenth</u> day of March, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge