IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Petitioner,

vs.                                     Case No. 4:06-CV-293-SPM

WALTER A. McNEIL,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation (doc. 62). Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    ORDERED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 62) is ***adopted*** and incorporated by reference in this order.

    2.    The § 2254 petitions (docs. 1 and 11) are ***denied with prejudice***.

DONE AND ORDERED this <u>twenty-third</u> day of April, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge